Russell S. Humphrey  (SBN 208744)
343 E. Main Street, Suite 714
Stockton, Ca. 95202
TELEPHONE (209)625-8976
FACSIMILE (209)625-8673
E-MAIL: russell@humphreylawgroup.net
Attorney for Plaintiff



# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCA MORALEZ, | **3:16-cv-1903-TEH** |
| Plaintiff, | |
| vs. | **STIPULATED VOLUNTARY DISMISSAL WITH PREJUDICE (FRCP 41(a)(ii))** |
| EL GALLITO DRIVE IN, et al., | |
| Defendant. | |

IT IS HEREBY STIPULATED between Plaintiff and each and every Defendant, pursuant to FRCP 41 ~~(a)(ii)~~ (a)(1)(A)(ii), that the above captioned civil matter be voluntarily dismissed in its entirety with prejudice.  The parties entered into a settlement agreement that was fully executed by each party.  As such, the parties request the matter be dismissed.

Dated:  September 20, 2016

   /s/ *Russell S. Humphrey*
By: RUSSELL S. HUMPRHEY
Attorney for Plaintiff

3:16-cv-1903
DISMISSAL                                  - 1 -

1
2          Jeffer Mangels Butler & Mitchell LLP
3                    */s/ Stuart Tubis*
4          _____
             By: STUART K. TUBIS, ESQ
5                 Attorney for Defendants
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28